IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, et al.,

                Plaintiff(s),

    v.

INFRASTRUCTURE GROUP, INC., et al.,

                Defendant(s).

Civil No. 03:21-cv-01017-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Motion to Dismiss [7] is GRANTED and this action is DISMISSED. Pending motions, if any, are DENIED AS MOOT.

Dated this 22nd day of April, 2022.

                by    /s/ Jolie A. Russo
                     Jolie A. Russo
                     United States Magistrate Judge